In The United STATES DISTRICT COURT
For The DISTRICT of STATE

Reynold Cato

Complaint

Plaintiff

Jury trial demanded

V.

No.

Westchester medical Center
Mark miller Superintendent
Deputy superintendent of medical "T."
Doctor ozu
Doctor Ashton "A"
Nurse Brewer
Nurse Andrew
Nurse Mathew
Nurse Solstice
Nurse Alexandria
The State of New york
Doctor Mc Gill

Defendants.

RECEIVED
MAR 2 2 2024
PRO SE OFFICE

Jurisdiction and Venue

1. This Court has Jurisdiction over this action under 28 U.S.C Sections 1331 and 1343 (3) and (4). The matters in Controversy arise under 42 U.S.C Section 1983.

2.

2. Venue Properly lies in this District pursuant to 28 U.S.C. Section 1391 (b)(2), because the events giving rise to this cause of action occurred at Green Haven Correctional Facility (Stormville) in City, State, which is located within the Southern District of State New york

Parties

3. Plaintiff Cato Reynold is and was, at all times relevant hereto, a prisoner in the custody of the State Department of Corrections. At the time of the events relevant hereto, Cato was incarcerated at Green Haven. Cato is currently incarcerated at the Elmira Correctional facility.

4. Defendant Westchester medical Center is a hospital where plaintiff Cato was treated.

5. Defendant Doctor McGill is a Surgeon (Orthopedics) who worked out of Westchester medical Center at all times relevant hereto

6. Defendant Mark miller was, at all times relevant hereto, a Superintendent at Green Haven

7. Defendant Tuey was, at all times relevant hereto the Deputy Superintendent of medical

8. Defendant Doctor Bentevegna was the head doctor in Green haven when my trips started getting Cancelled but no longer works there

9. ~~Doctor Uzu~~ Defendant Doctor Uzu was, at all times relevant hereto ~~the~~ a Doctor at Green Haven

10. Defendant Doctor Ashton was, at all times relevant hereto a Doctor at Green Haven

11. Defendant Nurse Brewer was, at all times relevant hereto a Nurse at Green Haven.

12. Defendant Nurse Andrew who at all time relevant hereto was assigned to Green Haven

13. Defendant Nurse Mathew who at all time relevant hereto was assigned to Green Haven

14. Defendant Nurse Alexandria who at all time relevant hereto was assigned to Green Haven

15. Defendant Nurse Solstice who at all time relevant hereto was assigned to Green Haven

16. Defendant Sergeant Noriega who at all times relevant hereto was assigned to Green Haven.

PREVIOUS LAWSUITS BY PLAINTIFF

17. plaintiff has filed no other Lawsuits dealing with the Same facts involved in this action or otherwise relating to his imprisonment.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

18. On April 27, 2023 plaintiff filed a greivance for not Consenting to a Second Surgery and for not receiving pain meds.

19. On June 27, 2023 plaintiff filed a greivance for the Surgical pins to be removed from his finger

20. On August 29, 2023 after Complaining to Captain norton I received a memo-randum from said Captain Stating that I had an appointment Coming up in two weeks

21. On September 14, 2023, plaintiff filed a greivance due to his outside medical trips being Cancelled due to Short Staff.

22. On September 26, 2023 plaintiff filed a greivance due to the fact the he was denied emergency Sick-Call and told to

wait for the doctor to make rounds

23. On October 2, 2023 plaintiff filed a greivance due to the fact the doctor hardly ever showed up on rounds and plaintiff needed pain medication.

To date plaintiff only recieved ~~responses~~ responses for two greivances which he appealed and has been waiting for a decision since. It has been several months and I exhausted all remedies

## FACTS

5. After Complaining of a pain in my finger to the Staff in Green Haven Correctional Facility where I was currently housed, I was Sent to have an X-Ray where it was discovered I had a fracture that fused together wrong.

On April 11, 2023, I was Sent from Green Haven to Westchester Medical Center to have Said Fracture repaired.

The Surgeon who's name is Mc Gill Came into the hospital room and introduced himself. He picked up my hand to look at the problem area which is the top Joint of my pinky on my right hand. In doing So he noticed a half a marble Size bump on the Same hand but up by the wrist. He asked me what it was and I told him I didn't know because it Just appeared two days ago. He replied "Oh" and then Continued looking at my finger.

I was put under anesthesia and when I was awoken Mc Gill told me he had to put (3) three Pins in my bone that he has to take back out in (6) six weeks. My hand had a bandage on it So I Couldn't See anything.

Approximately thirty minutes after waking up I was discharged and sent back to Green Haven. Once back I informed the medical staff that I did not want narcotics. Not wanting narcotics caused me not to get anything for pain for a week and at that time I recieved 325 mg of tylenol.

During this time the bandage started falling off which allowed me to see that I was in so much pain because McGill took it upon himself and did a second surgery on me removing the bump by my wrist. I never gave my consent for that surgery.

The pins in my finger caused severe pain and after (6) six weeks I was never taken back to have the pins removed. About a week after the (6) six weeks passed I noticed the tip of my finger was turning a dark color. I informed the medical staff but was told I had an appointment coming up. At this time I was sent to the Special housing unit in Fishkill which also happens to be the Correctional Facility

McGill does his follow-ups at.

As Soon as I was processed into Fishkill Correctional Facility I informed the Sergeant of the pain and Infection in my finger, I was told to Speak to the nurse when She makes rounds.

(3) Three day's later I was able to See the nurse and Show her my finger, She told me She would have me pulled out of my cell to be Seen. About (2) Two days' later I was pulled out and Seen by the Same nurse and a male doctor. I was told that I would See McGill in a week and then I was sent back to my cell. That week Came and passed and I was never Seen, then on July 28, 2023 I was released from Fishkill Correctional facility and Sent back to Green Haven.

I immediately informed the medical Staff at Green haven that my finger was in extreme pain and that it has been thirteen weeks when the Surgeon Said (6) Six weeks. I also showed them my finger which by this time the Color and Size fully Changed. once again I was told I had an appointment Coming up.

I was given antibiotics for Seven days which healed the infection. Around this time a few staff members whom I have a good rapport with informed me that I haven't went for my Surgery yet because the prison is Short staff so they didn't have anyone to take me on my trip. Furthermore they said the prison is Short Staff because "Albany" has been making them work overtime for 16 hours and also took away one of their regular day's off. They Say that they are upset so they call in Sick or whatever else to take their own time off.
I was also informed that (3) three of my trips were cancelled behind this.

During this time the infection came back and I was given another cycle of antibiotics It was at this time I decided to start keeping a Journal.

October 3, 2023 Appox. 7:30pm I was Sent to the facility Clinic for an emergency due to a major infection in my finger and Severe pain which caused my pinky finger to Swell up bigger then my thumb.

A female nurse by the name of Brewer Came in the room and put a blood pressure Cuff on my arm, at the same exact time a "Red Alert" went off in the prison. The Clinic officer C.O. Foye told nurse Brewer that they needed her and Nurse Brewer replied "i'm here by myself." I Stated to Nurse Brewer "your not gonna leave me right" and She replied "what am I Suppose to do" and ran out with the Stretcher

I Sat alone in the room for 15 minutes until Nurse Brewer returned and when She did She returned with Appx. 5 incarcerated individuals in need of medical attention. She was also accompanied by Nurse Larson Appx. 5 officer's and 2 Sergeants.

Appx. 10 minutes after that Nurse Larson entered the room I was in to get a gauze out of the Cabinet. I Stopped her and asked if that situation was more important then mine and she replied "Cato right now yes"

October 4th, 2023. I was sent for an emergency to the Facility hospital for Severe pain in my Finger. I was given

ice and tylenol.

October 5, 2023, 7:00 Am I informed C.O. Fantosi that I was in alot of pain and she told me she would call the Sergeant. She came back and told me she spoke to the Segeant and he told her to call the Clinic and log it in the log book. (5) five minutes later she came back and told me she called the Clinic and spoke to someone named Andrew and was told not to send me down. She told me she informed "Andrew" that I had puss coming out of my finger but I was not brought to the Clinic.

After trying and waiting for multiple hours the pain got to me and I started contem-plating hurting myself. I immediately requested to speak to mental health. C.O. Fantusi called mental health and told me she spoke to ms. Oyedele and was told to just fill out a refferal.

I then asked to speak to the area Supervisor and C.O. Fantusi called at 1:40 Pm but he never came.

The pain was so bad I purchased an illicit drug (K-2) something I am totally against). It was then that I developed

a habit that I have been trying to break ever since.

Appox. 3:00pm I informed C.O. Flores of the pain and showed him the infection which was still slowly leaking puss. He told me he would call the Sargeant.

Sargeant "P" came to me and said he went to the hospital and spoke to the "Top" person and was told I saw orthopedics on August 15, 2023 and surgery was scheduled for two months. Surgery was on october 15, 2023, but rescheduled for october 27, 2023. I had no idea what he was talking about and told him so.

Later that night ms wright who passes out mental health medication walked by. I stopped her and told her what I was going through and she said she would see what she could do.

As she was leaving ms "H" who passes out regular medication walked by. I stopped her and showed her my finger. She told me she was in the clinic when Sargeant "P" came in but that she would

mention it again.

C.O. Flores gave me a Sick-call Slip to fill out which I did and gave it back to him.

October 6, 2023 4:30 Am. Awoken from a sharp hot pain in my hand. I waited for the officer to make a round and when he did I seen it was C.O. "Z". I asked him if he could please get me some ice which he did.

7:00 Am I informed C.O. Damarus that I was in severe pain and the infection was very bad. He called the Sargeant and then called the clinic. He told me he spoke to nurse Hayes and was told to send me down.

9:30 Am Still no one brought me to the Clinic. 10:30 Am I asked C.O. Damarus what was taking so long he told me the officer had to do something.

Appx 11:00 Am The Deputy superintendent of the prison Rape elimination act walked and I stopped her along with the Deputy Superintendent of programs ms Demshik.

I mentioned everything i've been going through along with showing them my finger and explaining my level of pain. Dep. Demshik wrote something down and told me She hopes I feel better.

Appox 1:30 pm I finally was escorted to the hospital because my unit officer C.O. Damaras had to escort me since the prison is so short staff.

Once in the hospital Dr. Uzu whom I Complained to multiple times yet he refused to make notes in my medical charts Came into room. He did not have my charts but still asked me what was wrong. Before I Could answer a nurse walked in with my chart and Dr. Uzu asked her what she was doing. She replied I brought his chart for you to document. Dr. Uzu replied "We don't document". I got really upset and said Uzu we're not playing that game, C.O. Damaras is right here and he heard what you said. I will report you this time if you don't document my Complaints. He then laughed, open up my chart and said what do you want me to write. I told him to write the truth.

Then and only then did he treat me.

I was given a shot of antibiotics mixed with a numbing agent and I was told I would get a (7) Seven day Supply of antibiotics.

Appx. 5:40 Pm a nurse brought me a bottle of pills Called prednisone ~~Hyclate~~ 10mg Similar to ~~Vibra-tabs~~, Deltasone and Doxycycline Hyclate Similar to Vibra-Tabs

October 7, 2023, Appx. 12:30 Pm I Still have not recieved any pain medication.

C.O. "G" Called the Clinic about my medication and my pain but was brushed off.

Appx. 2:00 Pm Nurse NTombi gave me two Ibuprofens.

Appx. 3:00 Pm Office of Special investigations officer Shawn Henley badge #312, walked on my unit and I immediately Stopped him and told him about the pins being left in my hand, the infection, pain and he personally seen the size of my finger. He told me when he was done here he would go Straight to the Superintendent because he knows him personally and they use to work together.

An older female whom introduced herself as the Assistant Commissioner walked with First Deputy Superintendent Williams at Appox. 4:00 pm.
I mentioned everything i've been through, along with the fact that I still had metal pins in my hand several months after they were due to come out. I also showed them the clearly visible infection and size of the finger. Dep. Williams said she would say something to the Dep. of medical but I addressed the Assistant Commissioner by saying it's not my fault my trips were cancelled, and I should go out for an emergency trip in an ambulance. She replied no not an ambulance you me an emergency trip. I replied whichever one get's me out there now. Dep. Williams said again that she would speak to the Dep. of medical and then walked off.
October 8, 2023, Appox. 8:00 Am
I informed my unit officer C.O. Ajikobi of my pain he said he would call the clinic. (5) Five minutes later he returned and said he couldn't get through. Appox. 8:40 Am He told me he got through to Nurse Mathew but

She told him it's not an emergency and that they were dealing with a use of force right now.

Appx. 3:25 Pm I spoke to C.O. Phillips and told him i'm in alot of pain and can't sleep. He told me he would call the clinic but didn't know what would be done. At 3:40 Pm he came back and told me he spoke to someone named Alexandria but they brushed him off.

Appx. 3:50 Pm Nurse Larson walked with regular medication. I begged her for pain medicine and told her that I would take the percocets now if they still had it but she said no and gave me two tylenols. I then turned to illicit drugs again to deal with the pain.

October 9, 2023, Appx. 10:30 Am I told Sargeant Noriega about my finger and asked him if I could atleast get some hot water to soak my hand in to loosen up the puss. He looked at me and kept walking.

C.O. Fantusi told me she would call the clinic and see if they would write something down saying I could get hot water. She came back and told me the clinic said

to Speak to the medication nurse when she made rounds.

Appox 12:40pm I informed C.O. Santos that I was having chest pains only so I could get to the clinic and get treated. C.O. Santos told me she would call the clinic.

Appox. 1:11pm C.O. Fratusi told me they called the clinic and are waiting for an escort.

Apprx. 1:45pm I was escorted by Sargeant Noriega and C.O. Egron to the clinic. once there I was seen by a Nurse Solstice who took my blood pressure with a lot of attitude and told me to go back to my cell.

Appx. 7:01 I spoke to a Luitenant and he also told me he would speak to the Dep. of medical.

October 10, 2023 Apprx. 3:30pm Sargeant Boyd and C.O. Hart with another C.O. escorted me to the clinic out of nowhere. I did not ask why but I was happy. While there Nurse Solstice came in the room and took an injury report on my finger and started asking me questions like it was a new injury. She asked me when it happened and I said April 11, 2023, She asked me where it happened and I said Westchester medical Center.

Still I was not sent out to have the pins removed from my finger.

October 11, 2023, Approx. 10:12 Am I once again stopped the Prison Rape Elimination Act Deputy Superintendent and told her I am literally suffering. She replied "your finger right I spoke to the Dep. of medical about your cancelled trips and we're gonna get the trips going out again, Not right away but soon.

Approx. 1:30 Pm I spoke with Deacon Brucner and told him they keep making me wait when i'm well over due and I keep getting infections. He also stated he would speak to the Dep of medical. I then said everyone keeps saying that but nothing is happening after they speak to her. The Deacon then told me to have my family get an attorney.

October 12, 2023, The same Leuitenant that I spoke to two day's ago walked again and said to me "Now that i'm here i'm gonna call the Dep. of medical, your name is Ceto right."

A few minutes later the nurse walked and when I stopped her she said she seen

my x-ray that was taken on September 12, 2023 and that the infection did not spread to the bone

October 15, 2023, Apprx. 3:50pm I Spoke to Deputy Superintendent of programs Demshik and also told her i'm in extreme pain and Can't Sleep. She replied "No one Sees you yet" She then Said "Listen the State dropped the ball with you make Sure you get an attorny I don't like this.

October 16, 2023 Apprx. 12:00Am I Swallowed a battery hoping to force their hand to Send me to an outside hospital So I could get treatment for my hand. I informed C.O. mark and he Said hold on i'll be back to Speak to you.

Apprx. 1:30Am C.O. mark Came back and Said he Spoke to the Sergeant and was told that the only thing that will happen is i'll be put on a "watch". I then told C.O. mark I had Chest pains and Couldn't breathe. He then Said Just to be Clear you have Chest pains and Can't breathe right. I replied yes.

Apprx. 2:30Am C.O. mark returned to

my Cell with a nurse who had a blood pressure machine. I said I Couldnt get up breathe or talk. They stared at me and said So your refusing. I said no I swallowed a battery and can't breathe and my Chest hurts. the nurse replied I don't have time for this and walked off saying I refused.

October 16, 2023, Apprx. 5:00 Am I was able to regurgitate the battery after swallowing Shampoo. Apprx. 8:30 Am I informed C.O. Santos of the incident and asked her if she Could Call the Clinic and see if there was anything I needed to be worried about after swallowing the battery. She told me she spoke to Nurse Larson and was told no there's nothing to worry about, but do I want to Come to the Clinic. C.O. Santos took it upon herself to say no I don't want to go to the Clinic. Once she told me that I said I need you to Call them back and let them know I do wanna be Seen. She Called back and then told me they said to wait for the Doctor to make rounds.

I informed C.O. Santos that the Doctor is suppose to make rounds monday - Friday but he only show up about (4) four times a month.

While waiting for an escort I literally Fell asleep after not being able to sleep for Some time. while sleeping the Doctor did show up but C.O. Santos told me when I got up that the Doctor didnt want to see me. I then told C.O. Santos "Why would you do that when you know what i'm going through". I then said I had Chest pains again wait to get to the Clinic.

When I finally got to the Clinic Doctor Uzu Came into the room with an attitude and Said "im Sending you out now, when you come back I don't want to hear anything anymore. I replied good.

That Same day I was Sent to Westchester medical Center' Emergency department, escorted by C.O. Trouche and C.O. Phillips.

When I explained to the nurse what brought me there and that the pins were suppose to be taken out months ago she asked me

how come they weren't taken out C.O. Trouche and I both told her that Green Haven didnt have the staff to take me out and that (4) four of my trips were cancelled.

I was given an I.V. drip with antibiotics and once discharged I was told that I would also get a (7) seven day supply of pills and that I must come back in seven day's to have the pins removed. It must be noted that the only reason the pins weren't removed then is because mᶜGill was out for the week and his orthopedics team felt the antibiotics would hold me over for the week.

Once the week was over Green Haven still didnt send me out and I didnt go for another full week. At this time the pins were removed and I immediately started to feel better.

Doctor mᶜGill told me that the pins being in for so long caused my bone to fuse together again and that he would have to do the same surgery again to fix it but I could live with it. I replied you can't be serious.

I would like to note that the pain has subsided but every time I try to close my hand the bone hurts. I have not been given physical therapy and Doctor McGill wanted to do another procedure on me but I signed a refusal being that I broke my hand in 2020, broke it again in 2022 which required surgery and then had the surgery that led to this legal action. My hand is destroyed but still works with pain.

Also plaintiff forgot to mention above that Doctor Ashton seen plaintiff for an infection and stated "you had two cycles of antibiotics already and it's not good for us to keep giving it to you, so i'm gonna take a culture so I could know exactly what to give you." plaintiff was not seen again and a month later 9-28-23 received a message in writing saying "We called the lab and the culture was negative

Furthermore on October 4, 2023 Nurse Solstice kicked me out of the hospital and refused treatment. upon leaving I ran into Regional health service administrator Zachery who sent me back in and treated me himself by giving me ice and Tylenol.

First Cause of Action

• Plaintiff Suffered under a Violation of the united States Constitutional Amendment number eight under Cruel and unusual punishment in that defendant's New york State department of Corrections and Community Services (DOCCS), Nurses Brewer, Andrew, mathew, Solstice, Alexandria, Superintendent miller and deputy superintendent of medical "T" Denied plaintiff adequate medical Care for a serious medical condition along with Failing in the degree of Care.

• Defendants Doctor McGill and Westchester medical Center, Without plaintiff's Consent, Not only put plaintiff under anesthesia but Conducted a Second Surgery ~~without ptel~~

• Defendants nurses Brewer, Andrews, Mathew, Solstice and Alexandria' deliberate indifference to plaintiff in the Form of denying plaintiff From seeing a Doctor to evaluate plaintiff's visible injury to the right hand pinky.

• Plaintiff still suffers from pain, due to the ~~be~~ same bone being fused together (from the pins staying in for too long.), Lack of sleep and depression due to my workouts being extremely limited. Due to the defendant aforementioned above, plaintiff strongly asserts that the actions or lack thereof rose to a Constitutional cause of action. Therefore, Plaintiff believes he should be compensated for the damages in the amount he is requesting in total $1,500,000.00

## Second Cause of action

• Plaintiff suffered under a violation of united states Constitutional ammendment number eight under cruel and unusual punishment in the form of failing to establish plaintiffs outside trips to see a Doctor for his right hand pinky.

• Defendant Superintendent mark miller together with the State of New york failed on the

highest degree of care, By the Continuos Cancelling of several outside medical trips, which led to more pain and suffering the plaintiff had to endure.

• Plaintiff strongly assects and believes that the conduct of the defendants rises to the level of an eighth ammendment Violation against cruel and unusual punishment. Especially in light of the fact that plaintiff is entitled to recieve any form of urgent care.

Therefore, plaintiff believes he should be compensated in the damages amount requested in total of $1,500,000.00

## Relief:

Briefly, plaintiff is seeking $1,000,000.00 in Compensatory damages and $500,000.00 in punitive damages for a total of $1,500,000.00 in damages.

United States District Court
For the Southern District

Reynold Cato
Plaintiff

V.
The State of New york
Westchester medical Center
Doctor m=Gill
Superintendent mark miller
Deputy Superintendent of medical "T" Tuey
Doctor Uzu
Doctor Ashton "A"
Nurse Brewer
Nurse Andrew
Nurse mathew
Nurse Alexandria
Nurse Solstice

Summons in a civil action

To: Westchester medical Center, Doctor m=Gill, Superintendent mark miller, Deputy Superintendent of medical "T" Tuey, Doctor Uzu, Doctor

Ashton "A"; Nurse Brewer, Nurse Andrew, Nurse mathew, Nurse Alexandria, Nurse Solstice

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) - or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or the motion must be served on the plaintiff whose address is: Elmira Correctional Facility, P.O. Box 500, Elmira, N.Y. 14902-0500.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. you also must file your answer or motion with the Court.

[signature]

Reynold [illegible]

Date: January 18, 2024

Signature of Clerk or Dep clerk

ELMIRA CORRECTIONAL & RECEPTION CENTER
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

Reynold Cato

US POSTAGE $009.60

RECEIVED
MAR 21 2024
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
MAR 22 2024
PRO SE OFFICE

Daniel Patrick Moynihan
US Courthouse
500 Pearl Street
New York, N.Y. 10007

Pro Se

Legal Mail