UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

REYNOLD CATO,                                          Docket No. 24 CV. 2209 (CS)

                Plaintiff,                  **ORDER OF DISMISSAL**

– against –

WESTCHESTER MEDICAL CENTER, et al.,

                Defendants.
------------------------------------------------------------x

WHEREAS, plaintiff's original complaint named **WESTCHESTER MEDICAL CENTER and DR. RICHARD McGILL** as defendants; and

WHEREAS, at a pre-motion conference on October 16, 2024, the Court granted plaintiff permission to file an Amended Complaint; and on November 18, 2024 (ECF Doc. 53) plaintiff filed a Second Amended Complaint; and the Second Amended Complaint did not name **WESTCHESTER MEDICAL CENTER or DR. RICHARD McGILL** as defendants, and it did not contain any allegations against them; and at a conference on April 23, 2025 the Court granted permission to submit this Order; it is

**ORDERED, ADJUDGED AND DECREED** that the above-captioned action is dismissed as against **WESTCHESTER MEDICAL CENTER and DR. RICHARD McGILL** without [CS] ~~with~~ prejudice and without costs or disbursements.

**SO ORDERED:**

Dated: White Plains, New York
        _4/30_____, 2025

                                              _____
                                              Hon. Cathy Seibel, U.S.D.J.