UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
REYNOLD CATO,

                                                                 24 Civ. 2209 (CS)

                Plaintiff,                      [PROPOSED] ORDER
                                                                  AUTHORIZING
                                                                  THE DEPOSITION OF
                                                                 INCARCERATED PLAINTIFF

            -Against-

CARRIE SOLTISH and EDWIN UZU,

                Defendants.
----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Reynold Cato, DIN 09-A-4912, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:  White Plains, New York
         October 31_____, 2025

                                                           SO ORDERED.

                                                           _____
                                                           CATHY SEIBEL, U.S.D.J.