UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Cato,
Plaintiff(s),

**O R D E R**

-against –

7:24-CV-02209 (CS)

Westchester Medical Center et al,
Defendant(s).
-----------------------------------------------------------X

Seibel, J.

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**SO ORDERED**.

Dated: September 15, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.